**Bakos Unemployment Compensation Case.**
**Hajtol Unemployment Compensation Case.**
**Samaha Unemployment Compensation Case.**
**Teyssier Unemployment Compensation Case.**

Argued November 11, 1970. *Lawrence R. Zewe,* for claimants, appellants; *Daniel R. Minnick,* for intervenor, employer; *Sydney Reuben,* Assistant Attorney General, for Unemployment Compensation Board of Review, appellee.

Decisions affirmed.